IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                      No. 03-30130-DRH

**OSCAR V. ORTIZ,**

    **Defendant.**

## ORDER

**HERNDON, Chief Judge**:

Now before the Court is Ortiz's motion to continue revocation hearing (Doc. 83). Specifically, Ortiz moves to continue the revocation hearing in this matter until the resolution of the disposition of *USA v. Ortiz*, 11-30046-MJR-10. The government does not object to a continuance. In order to best serve the ends of justice and to conserve judicial resources and, pursuant to the provisions of Title 18, United States Code, Section 3161, the above-styled cause is hereby continued until the resolution of the criminal charges against Defendant Ortiz in 11-30046-MJR.

The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy disposition of this matter and, therefore, determines that any time elapsed is to be "excludable time," pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Accordingly, the Court **GRANTS** Ortiz's motion to continue revocation hearing

(Doc. 83). The Court will reset this matter at the appropriate time.

**IT IS SO ORDERED.**

**DATED this 31st day of March, 2011.**

Digitally signed by David R. Herndon
Date: 2011.03.31 10:55:19 -05'00'

**Chief Judge
United States District Court**